# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-239
LT Case No. 16-2018-CA-6031

_____

DARREL BAKER,

 Appellant,

 v.

BLC ATRIUM-JACKSONVILLE,
LLC, A FOREIGN LIMITED
LIABILITY COMPANY,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

Michael M. Brownlee, of The Brownlee Law Firm, P.A., Orlando,
for Appellant.

Clemente J. Inclan and Kimberly G. Matthews, of Saalfield Shad,
P.A., Jacksonville, for Appellee.

September 26, 2023

PER CURIAM.

 AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____